# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA ERWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 14-1284 |
| ) | Judge Nora Barry Fischer |
| LIFE INSURANCE COMPANY OF ) | Chief Magistrate Judge Maureen Kelly |
| NORTH AMERICA; WELLSTAR ) | |
| HEALTH SYSTEM, INC.; GROUP LIFE ) | |
| INSURANCE PROGRAM, ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this day of 23rd day of April, 2015, after the Plaintiff Patricia Erwood filed an action in the above-captioned case, and after an Opinion was filed by the Chief United States Magistrate Judge (Docket No. [53]) denying a "Motion to Dismiss Count I of Plaintiff's Amended Complaint" filed by Defendant Life Insurance Company of North America, (Docket No. [39]), and also noted that the parties had fourteen days to file written objections thereto, to which no objections have been timely submitted by any of the parties, and upon independent review of the record, and consideration of the Chief Magistrate Judge's Opinion, (Docket No. [53]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendant Life Insurance Company of North America's Motion to Dismiss Count I of Plaintiff's Amended Complaint [39] is DENIED.

*s/ Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge

Cc/ecf: All counsel of record.
       Honorable Maureen P. Kelly
       Chief United States Magistrate Judge